**Fill in this information to identify the case:**

Debtor 1   Patricia Anne Alvarenga

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern    District of   CA
                                                            (State)

Case number   16-40603

## Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

Name of creditor:   Bosco Credit, LLC      Court claim no. (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:    0 6 2 4

**Date of payment change:**
Must be at least 21 days after date of this notice    09 /20 /2018

**New total payment:**
Principal, interest, and escrow, if any    $ 985.28

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change:   HELOC

   Current mortgage payment: $ 985.28    New mortgage payment: $ 985.28

Case: 16-40603    Doc# 80    Filed: 08/27/18    Entered: 08/27/18 15:12:05    Page 1 of 5

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Kristin A. Zilberstein           Date 08 / 27 / 2018

Signature

Print:    Kristin A.    Zilberstein      Title   AUTHORIZED AGENT

First Name    Middle Name    Last Name

Company    The Law Offices of Michelle Ghidotti

Address    1920 Old Tustin Ave.

Number      Street

Santa Ana, CA 92705

City      State      ZIP Code

Contact phone   (949) 427 _ 2010      Email   kzilberstein@ghidottilaw.com



**Estimate of BOSCO Loan ID  xxxxxx0624 Monthly Payment Due 09-20-2018**

08-22-2018

PATRICIA ALVARENGA
1702 YELLOWSTONE DRIVE
ANTIOCH, CA 94509

Account Number: xxxxxx0624
Property Address: 1702 YELLOWSTONE DRIVE, ANTIOCH, CA 94509

| Principal | $  607.08 |
|---|---|
| Interest | $  378.20 |
| Total Due  - 09/20/18 | $  985.28 |

**Disclaimer**: The payment amount is an estimate only, and because interest on this HELOC loan is computed on a daily basis, the payment amount may change if a payment is received prior to September 5, 2018.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Jennifer R. Bergh, Esq. (SBN 305219)
Kristin A. Zilberstein, Esq. (SBN 200041)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
ecfnotifications@ghidottilaw.com

Attorney for Creditor
Bosco Credit, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA– OAKLAND DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 16-40603 |
| | ) |
| Patricia Anne Alvarenga, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On August 27, 2018 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Patricia Anne Alvarenga | Martha G. Bronitsky |
| 1702 Yellowstone Drive | P.O. Box 5004 |
| Antioch, CA 94509 | Hayward, CA 94540 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Matthew G. Grech | Office of the U.S. Trustee / Oak |
| Grech Legal | Office of the United States Trustee |
| 2000 Broadway St. #231 | Phillip J. Burton Federal Building |
| Redwood City, CA 94063 | 450 Golden Gate Ave. 5th Fl., #05-0153 |
| | San Francisco, CA 94102 |

 _xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on August 27, 2018 at Santa Ana, California

*/s / Ariel Del Pinto*
Ariel Del Pinto